IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **SUSAN TANENBAUM, et al.,** | : | **CIVIL ACTION** |
| **Plaintiffs,** | : | |
| | : | **No. 13-4132** |
| v. | : | |
| | : | |
| **CHASE HOME FINANCE LLC** | : | |
| **Defendant.** | : | |

**ORDER**

This 18th day of August, 2014, upon consideration of defendant's Motion for Summary Judgment, the parties' further briefing related to the motion, and oral arguments before this court, it is **ORDERED** that defendant's Motion for Summary Judgment is **GRANTED**. It is further **ORDERED** that plaintiffs' Complaint is **DISMISSED WITH PREJUDICE**.

                                              /s/ Gerald Austin McHugh
                                      United States District Court Judge